IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWIN GOLDSMITH and<br>MARCIA GOLDSMITH,<br>　　*Plaintiffs*,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION,<br>OCWEN MORTGAGE SERVICING, INC.,<br>OCWEN LOAN SERVICING, LLC, and<br>PHH MORTGAGE CORPORATION,<br>　　*Defendants*. | :<br>:<br>:<br>:　CIVIL ACTION<br>:　NO. 20-3790<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 3rd day of March, 2021, upon consideration of Defendants' Partial Motion for Dismissal (ECF No. 2), it is hereby ORDERED that said Motion is GRANTED in Part and DENIED in Part. Accordingly, Count IV of Plaintiffs' Complaint is DISMISSED, and Plaintiffs shall have thirty (30) days to amend their Complaint.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　*/s/ C. Darnell Jones, II*　　　
　　　　　　　　　　　　　　　　　　　　　C. DARNELL JONES, II　J.