IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWIN GOLDSMITH and MARCIA
GOLDSMITH,

     *Plaintiffs,*

     v.

OCWEN FINANCIAL CORPORATION,
OCWEN MORTGAGE SERVICING,
INC., OCWEN LOAN SERVICING, LLC,
and PHH MORTGAGE CORPORATION,

     *Defendants.*

CIVIL ACTION

NO. 20-3790

## ORDER

**AND NOW**, this 25th day of June 2026, upon consideration of defendants'

Motion for Summary Judgment, (Dkt. No. 85), the Goldsmiths' Response, (Dkt. No. 88),

defendants' Reply, (Dkt. No. 91), the Goldsmiths' Sur-reply, (Dkt. No. 119), and the

parties' supplemental briefs, (Dkt. Nos. 121 & 122), it is **ORDERED** that defendants'

Motion is **GRANTED in part and DENIED in part**:

1. Judgment shall be entered in favor of defendants on the Goldsmiths' Fair
   Debt Collection Practices Act, abuse of process, tortious interference,
   conversion and unjust enrichment claims.

2. Defendants' motion is denied as to the Goldsmiths' Pennsylvania Unfair
   Trade Practices and Consumer Protection Law and fraud claims.

     BY THE COURT:


     */s/ Gerald J. Pappert*
     Gerald J. Pappert, J.

1